UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        : Hon. Dickinson R. Debevoise

              v.                : Crim. No. 10-754 (DRD)

SYKEY KITCHENS                  : CONTINUANCE ORDER


          This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Jacques S. Pierre, Assistant U.S.
Attorney, appearing), and defendant Sykey Kitchens (Candace Hom,
Assistant Federal Public Defender, appearing) for an order
granting a second continuance of the proceedings in the above-
captioned matter for a period of 60 days, and the defendant being
aware that he has the right to have the matter brought to trial
within 70 days of the date of his appearance before a judicial
officer of this court pursuant to Title 18 of the United States
Code, Section 3161(c)(1), and as the defendant has consented to
such a continuance, and for good and sufficient cause shown,

          IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

          1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___20^th___ day of May, 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from and including May 20, 2011, through and including July 20, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Defense motions: 6/15/2011

Opposition: 7/08/2011

Motions hearing: 7/18/2011

Trial: 7/20/2011

_____
HON. Dickinson R. Debevoise
United States District Judge

Form and entry
consented to:

_____
Jacques S. Pierre
Assistant U.S. Attorney

_____
Candace Hom
Assistant Federal Public Defender
Counsel for Sykey Kitchens