PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sykey Kitchens   Cr.: 10-00754-001
                                    PACTS #: 59864

Name of Sentencing Judicial Officer:   THE HONORABLE DICKINSON R. DEBEVOISE
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/21/2012

Original Offense:   Possession of a Firearm by a Convicted Felon

Original Sentence: 110 months imprisonment, 36 months supervised release

Special Conditions: New Debt Restrictions, Drug/Alcohol Testing and Treatment,

Type of Supervision: Supervised Release        Date Supervision Commenced: 05/23/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1
During a home visit on November 4, 2019, the offender submitted a urine sample which tested positive for marijuana. The offender signed an admission of use form admitting the he smoked marijuana on October 28, 2019. The offender stated that he smoked marijuana in order to help with his appetite.

U.S. Probation Officer Action:

This is the offender's first positive result for marijuana. He was verbally reprimanded and advised that we will notify the Court of his noncompliance. We will continue to monitor the offender, increase urine surveillance, and apprize the Court of any further noncompliance. The probation office respectfully recommends that Your Honor take no Court action at this time and the signed petition will also serve as a formal judicial reprimand.

Respectfully submitted,
*Michelle A. Siedzik*
By:  Michelle A Siedzik
     U.S. Probation Officer
Date: 11/05/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

Nov. 14 2019
Date