PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Sykey Kitchens                                    Cr.: 10-00754-001
                                                                                                                            PACTS #: 59864

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                                                   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/21/2012

Original Offense:     Count One: Possession of a Firearm by a Convicted Felon 18:922(g)(1)

Original Sentence: 110 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/23/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

    1.                 Sykey Kitchens was arrested by members of Jersey City Police Department on September 26, 2020 and charged with a domestic violence related simple assault offense. According to information provided by Hudson County Correctional Center, Mr. Kitchens punched the victim in the face.

                      The official incident report has been requested from Jersey City Police Department to obtain the details of the arrest.

U.S. Probation Officer Action:
Mr. Kitchens will be required to participate in the virtual U.S. Probation Office's STOP (Skills, Techniques, Options, and Plans for better relationships) Program and will meet once per week for 10 weeks beginning on Monday, October 19, 2020. Attendance and completion of the homework assignments are mandatory.

We respectfully request that no court action is taken at this time. We will update the Court if Mr. Kitchens does not successfully complete the program and with the outcome of the pending matter.

Prob 12A – page 2
Sykey Kitchens

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maria Goodwater/SGM*

By:  MARIA GOODWATER
U.S. Probation Officer

/ mg

APPROVED:

*Suzanne Golda-Martinez*          *10/02/2020*
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

*s/Susan D. Wigenton*
Signature of Judicial Officer

October 5, 2020
Date